GEORGE A. CARDEN et al., Individually and as Copartners under the Firm Name of CARDEN, GREEN & Co., Appellants, *v.* JAMES M. KERR, Individually and as Surviving Partner of the Firm of E. A. MANICE & Co. et al., Respondents.

(Argued January 9, 1929; decided February 13, 1929.)

*Charles L. Woody* for appellants.

*Ellery O. Anderson* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.